

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00398-CV

**IN THE INTEREST OF F.A.L. III** and J.E.A., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01098
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:    Patricia O. Alvarez, Justice

Sitting:        Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Irene Rios, Justice

Delivered and Filed:  October 31, 2018

AFFIRMED; MOTION TO WITHDRAW DENIED

Appellant Mom appeals the trial court's order terminating her parental rights to her children F.A.L. III and J.E.A. For the reasons given below, we affirm the trial court's order.

The Department petitioned for temporary conservatorship of the children because of Mom's ongoing use of heroin and her arrest for prostitution. The trial court heard evidence that Mom did not complete many of her ordered services, she had not demonstrated she could obtain stable employment and housing or provide for the children's basic needs, the children were thriving in their foster home, and the placement was leading to permanency. The trial court found Mom's course of conduct met statutory grounds (N) and (O), and terminating her rights was in the children's best interests. It terminated Mom's parental rights to the children. Mom appeals.

*ANDERS* **BRIEF**

Mom's court-appointed counsel filed a motion to withdraw and a brief containing a professional evaluation of the record. The brief concludes there are no arguable grounds to reverse the termination order. The brief satisfies the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (applying *Anders* procedures to parental rights termination cases). Counsel also represents that he provided Mom with a copy of the *Anders* brief, his motion to withdraw, and a form to request a free copy of the appellate record. He advised Mom of her right to review the record and file her own brief.

We ordered Mom to file her pro se brief, if any, not later than September 17, 2018. Mom did not request a copy of the record or file a pro se brief.

Having carefully reviewed the entire record and counsel's brief, we conclude the evidence was legally and factually sufficient to support the trial court's findings by clear and convincing evidence. We further conclude that there are no plausible grounds to reverse the termination order. Thus, we affirm the trial court's order.

**MOTION TO WITHDRAW**

In his motion to withdraw, court-appointed appellate counsel does not assert any ground for withdrawal other than his conclusion that the appeal is frivolous. Counsel's duty to Mom is not yet complete; the motion to withdraw is denied. *See id.* at 27, n.11; *see also* TEX. FAM. CODE ANN. § 107.016(3); *In Interest of A.M.*, 495 S.W.3d 573, 583 (Tex. App.—Houston [1st Dist.] 2016, pet. denied) ("If the mother wishes to pursue an appeal to the Supreme Court of Texas, 'appointed counsel's obligations can be satisfied by filing a petition for review that satisfies the standards for an *Anders* brief.'" (quoting *In re P.M.*, 520 S.W.3d at 27–28)).

Patricia O. Alvarez, Justice